```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND;       :
BUILDING SERVICE 32BJ PENSION FUND;      :
BUILDING SERVICE 32BJ LEGAL SERVICES     :
FUND; THOMAS SHORTMAN TRAINING &         :
SCHOLARSHIP FUND; BUILDING SERVICE       :
32BJ SUPPLEMENTAL RETIREMENT &           :     STATEMENT PURSUANT
SAVINGS FUND,                            :     TO RULE 1.9
                                         :
              Plaintiffs,                :
                                         :
         -against-                       :
                                         :
SAMCO PROPERTIES d/b/a                   :
116 ASSOCIATES, EAST 16th ST. REALTY,    :
30 EAST 33rd ST. REALTY CO.,             :
30 IRVING PLACE REALTY CO.,              :
112 MADISON AVE. REALTY CO.,             :
432 PARK SOUTH REALTY CO.,               :
440 REALTY CO.,                          :
104 WEST 29TH ST. REALTY CO.,            :
45 WEST 36TH ST. REALTY CO., and         :
333 SEVENTH AVE REALTY CO.               :
                                         :
              Defendants,                :
------------------------------------------------------------X
```

Pursuant to Rule 1.9 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Service 32B-J Health Fund, Building Service 32B-J Pension Fund and Building Service 32B-J Supplemental retirement & Savings Fund certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

None

Dated: June 20, 2008

RAAB, STURM, GOLDMAN & GANCHROW, LLP

BY: _____/s/ M. Geffner_____
MICHAEL GEFFNER (MG-6785)
317 Madison Avenue, Suite 1708
New York, New York 10016
(212) 683-6699