AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

Building Service 32BJ Health Fund; Building Service 32BJ Pension Fund;
Building Service 32BJ Legal Services Fund; Thomas Shortman Training &
Scholarship Fund; Building Service 32BJ Supplemental Retirement &
Savings Fund,

                                        Plaintiffs,

V.

Samco Properties d/b/a 116 Associates, East 16th St. Realty,
30 East 33rd St. Realty Co., 30 Irving Place Realty Co.,
112 Madison Ave. Realty Co.,432 Park South Realty Co.,
440 Realty Co., 104 West 29th St.Realty Co.,
45 West 36th St. Realty Co., and 333 Seventh Ave Realty Co.
                                        Defendants,

**SUMMONS IN A CIVIL ACTION**



CASE NUMBER:



TO: (Name and address of Defendant)

Samco Properties d/b/a 116 Associates,East 16th St. Realty,
30 East 33rd St. Realty Co., 30 Irving Place Realty Co.
112 Madison Ave. Realty Co., 432 Park South Relaty Co., 440 Realty Co.
440 Realty Co., 104 West 29th St. Realty Co., 45 West 36th St. Realty Co.,
and 333 Seventh Ave. Realty Co.
116 East 27 Street (all Defendants)
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Raab, Sturm, Goldman & Ganchrow, LLP.
317 Madison Ave. Suite 1708
New York, New York 10017

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 2 4 2008

| | |
| --- | --- |
| CLERK    *[signature]* | DATE |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
|---|---|
| NAME OF SERVER (PRINT) Gregory Colicci | TITLE Assoc. Inv. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: SAMCO PROPERTIES, a/b/a, 116 ASSOCIATES _116 E. 27TH ST, NYC, NY_ a LATINA, 20's 5'3", 100 lbs. She would not give her Name

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _7/1/08_
Date

_[signature] Gregory Colicci_
Signature of Server

c/o SPC INVESTIGATIONS
Address of Server
9 INWOOD ST
YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
| NAME OF SERVER (PRINT) Gregory COLicci | TITLE Assoc. INV. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: *E. 16th ST REALTY* 116 E. 27th ST, NYC, NY a LATINA, 20's, 5'3", 100 lbs. She would not give her NaMe

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/1/08___     _Gregory Colicci_
Date              Signature of Server

c/o SPC INVESTIGATIONS
Address of Server
9 INWOOD ST
YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM | |
| NAME OF SERVER (PRINT) Gregory COLicci | TITLE Assoc. INV. | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant, Place where served : ~~30 E. 33D ST. REALTY Co.~~ 116 E. 27th ST, NYC, NY a LATINA, 20's, 5'3", 100 lbs. She would not give her NaMe

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/1/08
_____
Date

_____
Signature of Server

c/o SPC INVESTIGATIONS
_____
Address of Server
9 INWOOD ST
YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
|---|---|
| NAME OF SERVER (PRINT) Gregory Colicci | TITLE Assoc. Inv. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 30 IRVING PLACE REALTY CO. 116 E. 27th ST, NYC, NY
a LATINA, 20's, 5'3", 100 lbs. She would not give her Name

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/1/08
_Date_

_Signature of Server_

c/o SPC INVESTIGATIONS
_Address of Server_
9 INWOOD ST
YONKERS, NY 10704

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
|---|---|
| NAME OF SERVER (PRINT) Gregory Colicci | TITLE Assoc. Inv. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant, Place where served: 112 MADISON AVE TRACTY CO 116 E. 27th ST, NYC, NY

a LATINA, 20's, 5'3", 100 lbs. She would not give her NAME

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/1/08
                Date

_Signature of Server_

c/o SPC INVESTIGATIONS
Address of Server
9 INWOOD ST
YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  6/30/08 @ 12:30 PM |
| NAME OF SERVER (PRINT)  Gregory Colicci | TITLE  Assoc. Inv. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 432 PARK SOUTH REALTY CO  116 E. 27TH ST, NYC, NY  a LATINA, 20's, 5'3", 100 lbs. She would not give her NAME

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/1/08___        _____
              Date              Signature of Server

                                c/o SPC INVESTIGATIONS
                                Address of Server
                                9 INWOOD ST
                                YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
| NAME OF SERVER (PRINT) Gregory Colicci | TITLE Assoc. Inv. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant, Place where served: 440 REALTY CO 116 E. 27TH ST, NYC, NY a LATINA, 20'S, 5'3", 100 lbs. She would not give her Name

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/1/08
_____Date_____

_Gregory Colicci_
Signature of Server

c/o SPC INVESTIGATIONS
Address of Server
9 INWOOD ST
YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
|---|---|
| NAME OF SERVER (PRINT) Gregory Colicci | TITLE Assoc. Inv. |

Check one box below to indicate appropriate method of service

104 W. 29TH ST REALTY CO

☑ Served personally upon the defendant. Place where served: 116 E. 27TH ST, NYC, NY a LATINA, 20's, 5'3", 100 lbs. She would not give her NAME

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7/1/08__          _Gregory Colici_
             Date                  Signature of Server

c/o SPC INVESTIGATIONS
Address of Server
9 INWOOD ST
Yonkers, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
|---|---|
| NAME OF SERVER (PRINT) Gregory Colicci | TITLE Assoc. Inv. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: _45 W. 36th st Realty Co_ 116 E. 27th ST NC, NY a LATINA, 20's, 5'3", 100 lbs. She would not give her name

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/1/08
_Date_

_Signature of Server_

c/o SPC INVESTIGATIONS
_Address of Server_
9 INWOOD ST
YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/30/08 @ 12:30 PM |
|---|---|
| NAME OF SERVER (PRINT) Gregory Colicci | TITLE Assoc. Inv. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served : ~~333 SEVENTH AVE TRACY CO~~ 116 E. 27th ST, NYC, NY _a LATINA, 20's, 5'3", 100 lbs. She would not give her Name_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted : _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/1/08___
             _Date_

_Signature of Server_

c/o SPC INVESTIGATIONS
_Address of Server_
9 INWOOD ST
YONKERS, NY 10704

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.