UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ HEALTH FUND
ET AL.,

                Plaintiffs,

- against -

SAMCO PROPERTIES ET AL.,

                Defendants.

---

08 Civ. 5667 (JGK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08
```

JOHN G. KOELTL, District Judge:

The parties are directed to appear at a conference on September 25, 2008 at 4:30 p.m.

The defendants' time to move or answer is extended to October 3, 2008.

SO ORDERED.

Dated: New York, New York
      August 26, 2008

                                    John G. Koeltl
                                  United States District Judge